EDWARD SCHAFER, Respondent, v. THE CITY OF NEW YORK and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

INTEROCEAN MERCANTILE CORPORATION, Appellant, v. THE GREAT ATLANTIC AND PACIFIC TEA COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CHARLES HALDANE, Respondent, v. NASH ROCKWOOD, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ANNIE BELLEVILLE HUNTER, Respondent, v. FREDERICK WILLIAM HUNTER, Defendant. Upon Motion of WILLIAM R. POWELL and Another, as Executors, etc., of FREDERICK WILLIAM HUNTER, Deceased, as Substituted Defendants, Appellants, for an Order Modifying the Final Judgment Herein.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ. [See 197 App. Div. 678.]